# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, **Jason R. McClitis**, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, **Lucas R. Aubrey**, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the **IBEW**, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

*s/Jason R. McClitis*
**Signature of Movant/Attorney**

61611
**MO Bar Number**

February 24, 2023
**Date**

Blake & Uhlig, P.A.
**Address**

913-321-8884
**Phone**

6803 West 64th Street, Suite 300

Overland Park, KS 66202

### Affidavit of Proposed Admittee

I, **Lucas R. Aubrey**, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of **the District of Columbia, Virginia** and the United States District Court(s) of **Dist. of Maryland; Eastern Dist. of Virginia; Dist. of the District of Columbia**. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**
3:23-cv-05012-WBG

**Case Title(s)**
International Brotherhood of Electrical Workers et al v. BNSF Railway Company

**Date:** 02/24/2023

**Signature:** *[signature]*

**State Bar of Residence & Bar Number:**
District of Columbia (982849)

**Address:** 900 Seventh St., NW, Suite 1000
Washington, DC 20001

**Phone:** (202) 785-9300

**Email:** aubrey@shermandunn.com

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.